IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SASON PARANDIAN and CAN, INC., d/b/a Coolworld, | } } } | |
| Plaintiffs, | } } | |
| v. | } } | CIVIL ACTION NO. H-03-4685 |
| LOUIS CANALES and SHERRY L. ROBINSON, individually | } } } | |
| Defendants. | } | |

**ORDER OF DISMISSAL**

In accordance with the Court's Opinion on Dismissal, it is hereby ORDERED, ADJUDGED, and DECREED that the above styled and numbered cause of action is DISMISSED WITH PREJUDICE. Plaintiffs will bear all costs of court.

This is a **FINAL ORDER**.

SIGNED at Houston, Texas, this 19th day of September, 2004.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE